UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THE ESTATE OF JUANITA AMELIA
JACKSON, by and through CATHY
JACKSON-PLATTS, Personal
Representative,

   Plaintiff,
v.           Case No. 8:13-cv-1133-T-33MAP

MICHAEL SANDNES, as Court
Appointed Receiver for Trans
Healthcare, Inc.; ALAN M.
GROCHAL, as Court Appointed
Receiver for Trans Healthcare,
Inc.; TYDINGS & ROSENBERG, LLC;
GENERAL ELECTRIC CAPITAL
CORPORATION; GTCR GOLDER
RAUNER, LLC; GTCR FUND VI,
L.P.; GTCR PARTNERS VI, L.P.;
VENTAS REALTY, LIMITED
PARTNERSHIP; and VENTAS, INC.,

   Defendants.
_____/

**ORDER**

  This matter comes before the Court pursuant to Defendant General Electric Capital Corporation's Motion for Judgment on the Pleadings (Doc. # 37), filed on July 3, 2013, to which Plaintiff, the Jackson Estate, responded on July 17, 2013 (Doc. # 45). General Electric Capital Corporation filed a reply on July 31, 2013. (Doc. # 48). Defendants Ventas, Inc. and Ventas Realty, Limited Partnership joined in the Motion for Judgment on the Pleadings on August 26, 2013 (Doc. # 56), and the Jackson Estate responded on September 9, 2013. (Doc.

# 60).  For the reasons that follow, the Court denies the Motion without prejudice.

**Discussion**

On April 26, 2013, the Jackson Estate filed a 42 U.S.C. § 1983 and civil conspiracy Complaint naming as Defendants Michael Sandnes, as Court Appointed Receiver for Trans Healthcare, Inc.; Alan M. Grochal, as Court Appointed Receiver for Trans Healthcare, Inc.; Tydings & Rosenberg, LLC; General Electric Capital Corporation; GTCR Golder Rauner, LLC; GTCR Fund VI, L.P.; GTCR Partners VI, L.P.; Ventas Realty, Limited Partnership; and Ventas, Inc. (Doc. # 1).

General Electric Capital Corporation filed an Answer (Doc. # 15) on May 17, 2013, and the Ventas Defendants filed an Answer on May 20, 2013 (Doc. # 18).  On June 10, 2013, Alan Grochal and Tydings & Rosenberg filed a Motion to Dismiss the Complaint (Doc. # 30), which remains pending.  The GTCR Defendants also filed a Motion to Dismiss, on June 19, 2013 (Doc. # 32), which remains pending.  On July 3, 2013, General Electric Capital filed its Motion for Judgment on the Pleadings (Doc. # 37), to which the Ventas Defendants have joined.  On November 14, 2013, the Court determined that Sandnes had been effectively served with process and accepted his joinder in the Motion to Dismiss filed by Grochal and

2

Tydings & Rosenberg. (Doc. # 82).

Without passing on the merits of the Motion for Judgment on the Pleadings, the Court denies the Motion without prejudice as prematurely asserted. A Rule 12(c), Fed. R. Civ. P., motion for judgment on the pleadings may be granted "when material facts are not in dispute and judgment can be rendered by looking at the substance of the pleadings and any judicially noticed facts." Bankers Ins. Co. v. Fla. Residential Prop. & Cas. Joint Underwriting Ass'n, 137 F.3d 1293, 1295 (11th Cir. 1998)(citations omitted).

The Court should not decide a motion for judgment on the pleadings until the pleadings are "closed." As stated in Gelsomino v. Horizon Unlimited, Inc., No. 07-80697, 2008 U.S. Dist. LEXIS 68907, at *6 n.3 (S.D. Fla. Sept. 9, 2008), "[p]leadings are considered 'closed' when all defendants have filed answers to the complaint." See also Zurich Ins. Co. v. London Mkt. Insurers, No. 97 C 1802, 1997 U.S. Dist. LEXIS 14858, at *5-6 (N.D. Ill. Sept. 16, 1997)("In this action, the pleadings have not yet closed. Two defendants . . . have pending motions to dismiss and so have not answered yet. Because they have not yet answered it is clear from the record that pleadings have not yet closed. . . . Therefore, the motion for judgment on the pleadings will be denied because it

3

is premature.").

In this case, two Motions to Dismiss remain pending. Now is not the time for this Court to render a decision on the Motion for Judgment on the Pleadings. The Court denies the Motion without prejudice as prematurely asserted.

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED:**

Defendant General Electric Capital Corporation's Motion for Judgment on the Pleadings (Doc. # 37) is **DENIED WITHOUT PREJUDICE.**

**DONE** and **ORDERED** in Tampa, Florida, this <u>3rd</u> day of February, 2014.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies to:   All Parties of Record

4